

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-80,275-05**

**IN RE ANTHONY RAY BANKS, Relator**

**ON APPLICATION FOR WRIT OF MANDAMUS**
**CAUSE NOS. 67286, 64255, AND 67288**
**IN THE 252ND DISTRICT COURT**
**FROM JEFFERSON COUNTY**

*Per curiam*.

**O R D E R**

Relator has filed motion for leave to file an application for writ of mandamus alleging that he has been trying to obtain copies of his files from his attorney, to no avail. This Court has consistently held that a client owns the contents of his or her file. *In re McCann*, 422 S.W.3d 701, 705 (Tex. Crim. App. 2013). Relator alleges that he filed a "Motion to Compel Defense Attorney to Produce the Client File" relating to cause numbers 67286, 64255, and 67288 in the trial court in January 2021, but that the trial court has not ruled on that motion. A trial court has a ministerial duty to rule upon a motion that is properly and timely presented to it for a ruling. *State ex rel. Young v. Sixth Judicial District Court of Appeals*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007); *Simon v.*

*Levario*, 306 S.W.3d 318, 320 (Tex. Crim. App. 2009).

Respondent, the Judge of the 252nd District Court of Jefferson County, shall file a response with this Court stating whether or not Relator's motion has properly and timely been presented to it; if so, whether it has been ruled on; and whether or not Relator's trial attorney has provided Relator with copies of his client files. Respondent's answer shall be submitted within 30 days of the date of this order. These applications for leave to file writs of mandamus will be held in abeyance until Respondent has submitted the appropriate response.

Filed: September 29, 2021
Do not publish